## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WILSON DIVISION

IN THE MATTER OF**: FRANKLIN RAY NORRIS**            CASE NO:  **05-06118-8-SWH**
   **TERESA ANN NORRIS**

### REPORT ON UNCLAIMED DIVIDENDS

The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

1. That checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, or said checks have not been cashed by the creditor-payee, said checks being as follows:

| NAME AND LAST KNOWN ADDRESS | AMOUNT | DATE ISSUED |
|---|---|---|
| **FIRST POINT RESOURCES**<br>**PO BOX 26140**<br>**GREENSBORO, NC 27402-6140** | **$10.83** | 1/7/10 |

2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. 347.

**June 23, 2010**              /s/ Trawick H. Stubbs, Jr.
             **TRAWICK H. STUBBS, JR.**
             **CHAPTER 13 TRUSTEE**
             **P. O. BOX 1618**
             **NEW BERN, NC  28563**
             **(252) 633-0074**